UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
**ELIZABETH MADERA DE PICHARDO,**

       **Plaintiff,**

  -against-          **1:25-cv-02179 (ALC)**

**AMAZON.COM SERVICES LLC and**   **ORDER**
**SHEIK AHMED,**

       **Defendants.**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

  On April 25, 2025, Plaintiff filed a letter with this Court requesting a pre-motion conference on a proposed motion to file an amended complaint. ECF No. 11. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position. Accordingly, Defendant Amazon is **ORDERED** to respond to the Plaintiff's letter motion by **May 7, 2025** indicating its position.

**SO ORDERED.**

**Dated: May 5, 2025**
    New York, New York

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**