UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

**ELIZABETH MADERA DE PICHARDO,**

                            **Plaintiff,**

               -against-                         **1:25-cv-02179 (ALC)**

**AMAZON.COM SERVICES LLC and**          **ORDER**
**SHEIK AHMED,**

                           **Defendants.**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the request from Defendant Amazon for a pre-motion conference in relation to its anticipated motion to dismiss. ECF No. 10. In response Plaintiff filed her own letter motion to amend the complaint. ECF 11. Plaintiff's request to amend is **GRANTED**. Plaintiff shall file the amended complaint on ECF by **May 15, 2025**.

      Defendant's request for a pre-motion conference is **DENIED**. Defendant is **GRANTED** leave to file a motion to dismiss the amended complaint. Unless the parties jointly submit an alternative, the Court sets the following briefing schedule:

      Defendant's opening brief due by **June 5, 2025**

      Plaintiff's opposition brief due by **June 26, 2025**

      Defendant's reply brief due by **July 10, 2025**

**SO ORDERED.**

Dated:   May 12, 2025
             New York, New York

*/s/ Andrew L. Carter, Jr.*

                                                       **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**