USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/26/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

    **ELIZABETH MADERA DE PICHARDO,**

                **Plaintiff,**

          **-against-**

    **AMAZON.COM SERVICES LLC and**
    **SHEIK AHMED,**

                **Defendants.**

------------------------------------------------------------ x

    **1:25-cv-02179 (ALC)**

    **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a telephonic status conference in this matter on **March 4, 2026 at 4:00PM.** All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:**    **February 26, 2026**
           **New York, New York**

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**