USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/4/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
       :

**ELIZABETH MADERA DE PICHARDO,**    :

       :

          **Plaintiff,**    :

       :

      **-against-**    :       **1:25-cv-02179 (ALC)**

       :

**AMAZON.COM SERVICES LLC and**    :       **ORDER**
**SHEIK AHMED,**    :

       :

      **Defendants.**    :

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons stated on the record today, Defendant Amazon's motion to dismiss is hereby **GRANTED** in part and **DENIED** in part. The motion to dismiss for failure to timely file within the statute of limitations is hereby **DENIED**. The motion to dismiss for failure to state a claim for sexual harassment and retaliation are hereby **GRANTED**. Plaintiff's complaint is **DISMISSED** without prejudice. Plaintiff is **GRANTED** leave to file an amended complaint.

Further, the Parties are **ORDERED** to submit a joint status report by **March 19, 2026** updating the Court as to the status of settlement in this matter. In case the parties fail to settle, the Court will hold a settlement conference on **April 7, 2026** at **3:00pm.** The settlement conference will take place in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444. Plaintiff's deadline to file an amended complaint is hereby stayed.

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 19.

**SO ORDERED.**

**Dated:  March 4, 2026**
     **New York, New York**                      _____
                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**