USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/8/26____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**ELIZABETH MADERA DE PICHARDO,**

                        **Plaintiff,**

            **-against-**

**AMAZON.COM SERVICES LLC and**
**SHEIK AHMED,**

                      **Defendants.**

------------------------------------------------------------ x

**1:25-cv-02179 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed during the conference held on April 7, 2026, the parties are ordered to submit a joint status report updating the Court as to the status of settlement in this matter by **April 28, 2026.**

**SO ORDERED.**

Dated:    **April 8, 2026**
           **New York, New York**

_____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**